# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICOLE YOUNT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHUTTERFLY, LLC, a foreign limited liability company; SHUTTERFLY LIFETOUCH, LLC, a foreign limited liability company; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | Case No. 2:25-cv-01727-LK<br><br>[King County Superior Court Case No. 25-2-22753-7 KNT] |

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2025, I caused to be served the foregoing **NOTICE OF REMOVAL** on the following party at the following address:

Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
Hannah M. Hamley, WSBA No. 59020
**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com
Email: hannah@emeryreddy.com

*Attorneys for Plaintiff Nicole Yount*

CERTIFICATE OF SERVICE - 1
Case No. 2:25-cv-01727-LK

**Benesch Friedlander Coplan & Aronoff, LLP**
100 Pine Street, Suite 3100
San Francisco, CA 94111
TEL (628) 600-2250  FAX (628) 221-5858

1
2  Dated: September 8, 2025              Respectfully submitted,
3
4                                        s/ Meegan B. Brooks
5                                        _____
                                         Meegan B. Brooks, WSBA No. 62516
6                                        **BENESCH, FRIEDLANDER, COPLAN
                                         & ARONOFF LLP**
7                                        100 Pine Street, Suite 3100
                                         San Francisco, CA 94111
8                                        Telephone: 628.600.2232
                                         Email: mbrooks@beneschlaw.com
9
10                                       *Attorney for Defendants Shutterfly LLC
                                         and Shutterfly Lifetouch, LLC*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  CERTIFICATE OF SERVICE - 2           **Benesch Friedlander Coplan & Aronoff, LLP**
    Case No. 2:25-cv-01727-LK            100 Pine Street, Suite 3100
                                         San Francisco, CA 94111
                                         TEL (628) 600-2250  FAX (628) 221-5858