The Honorable Lauren King

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| NICOLE YOUNT, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>SHUTTERFLY, LLC, a foreign limited liability company; SHUTTERFLY LIFETOUCH, LLC, a foreign limited liability company; and DOES 1-20, as yet unknown Washington entities,<br><br>      Defendants. | No.  2:25-cv-01727-LK<br><br>**STIPULATED REQUEST TO EXTEND MOTION TO REMAND DEADLINE** |

Plaintiff Nicole Yount ("Plaintiff") and Defendants Shutterfly, LLC and Shutterfly Lifetouch, LLC (together, "Defendants") jointly request that the Court extend Plaintiff's deadline to file her motion to remand.

On October 8, 2025, the parties met and conferred on Plaintiff's motion to remand, which is due October 8, 2025. The parties agreed to extend Plaintiff's deadline to file the motion to remand to October 15, 2025.

*IT IS SO STIPULATED.*

Respectfully submitted this 8th day of October 2025.

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 | Fax: (206) 441-9711

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

EMERY | REDDY, PLLC

By: */s/ Timothy W. Emery*
    Timothy W. Emery, WSBA #34078
    Patrick B. Reddy, WSBA #34092
    Paul Cipriani Jr., WSBA #59991
    Hannah M. Hamley, WSBA #59020
    600 Stewart Street, Suite 1100
    Seattle, WA 98101
    Phone:  (206) 442-9106
    Fax:  (206) 441-9711
    Email:    emeryt@emeryreddy.com
            reddyp@emeryreddy.com
            paul@emeryreddy.com
            hannah@emeryreddy.com

*Attorneys for Plaintiff*

BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP

By: /s/  *Meegan B. Brooks*
    Meegan B. Brooks, WSBA #62516
    100 Pine Street, Suite 3100
    San Francisco, CA 94111
    Telephone: 628.600.2232
    Email: mbrooks@beneschlaw.com

*Attorneys for Defendants Shutterfly, LLC
and Shutterfly Lifetouch, LLC*

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 | Fax: (206) 441-9711